## ROCHESTER COACH LACE CO. *v.* SCHAEFER.

*(Circuit Court of Appeals, Second Circuit. January 18, 1892.)*

PATENTS FOR INVENTIONS—NOVELTY.

Letters patent No. 177,194, issued May 9, 1876, to Oscar Boehme, for an improvement in the manufacture of balls and rosettes of yarn, consisting in the use of a funnel-shaped tube, through which the yarn is drawn, so that it comes out of the small end in a compressed condition, ready to be bound and cut, are void for want of patentable novelty.

In Equity. Suit by the Rochester Coach Lace Company against Schaefer for infringement of letters patent No. 177,194, issued May 9, 1876, to Oscar Boehme, and afterwards assigned to complainant. In the circuit court the patent was held void for want of patentable novelty, and decree entered dismissing the bill. The opinion was delivered by Judge COXE. See 46 Fed. Rep. 190. Plaintiff appeals. Affirmed.

*George W. Hey,* for appellant.

*Fred. F. Church,* (*Church & Church,* of counsel,) for appellee.

PER CURIAM. We are entirely satisfied with the conclusions reached by the learned district judge who decided this case in the circuit court, as expressed in his opinion. The decree is affirmed.

---

## BATTLE *et al. v.* FINLAY *et al.*

*(Circuit Court, E. D. Louisiana. April 8, 1892.)*

1. TRADE-MARK—FEDERAL COURTS—EQUITY JURISDICTION.

As the jurisdiction of equity in matters of trade-mark is recognized by a long line of both English and American cases, the federal courts may administer equitable remedies therein when they have jurisdiction by reason of the citizenship of the parties, notwithstanding that the federal statutes on the subject have been declared unconstitutional in the Trade-Mark Cases, 100 U. S. 82.

2. SAME—INFRINGEMENT.

It is an infringement of a trade-mark to employ an imitation likely to deceive and impose upon the customers and patrons of the proprietor, and the use of the arbitrary term "Bromidia," previously adopted by another, is such an imitation, notwithstanding the fact that the infringing manufacturer's name is printed on each label.

In Equity. Bill by Battle & Co. against Finlay & Brunswig for injunction against the infringement of a trade-mark. Injunction allowed.

*Denegre & Bayne,* for complainants.

*B. R. Forman,* for defendants.

BILLINGS, District Judge. This cause is submitted upon bill, answer, depositions, and exhibits for a final decree. Upon the motion for an injunction *pendente lite,* an opinion was rendered by the circuit judge, PARDEE, reported in 45 Fed. Rep. 796, which states the facts and the